Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

JS-6

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Jesus Farias Valencia, et al,<br><br>Defendants. | CASE NO. 2:19-cv-07895-WDK-JCx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JESUS FARIAS VALENCIA AND MAGALYS TAMALES AND MEXICAN GRILL, INC.** [35] |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants JESUS FARIAS VALENCIA AND MAGALYS TAMALES AND MEXICAN GRILL, INC., that the above-entitled action is hereby dismissed **with prejudice** against JESUS FARIAS VALENCIA AND MAGALYS TAMALES AND MEXICAN GRILL, INC..

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///

///

**ORDER GRANTING STIPULATION OF DISMISSAL  Case No. 2:19-cv-07895-WDK-JC PAGE 1**

**IT IS SO ORDERED**:

_____    Dated: August 29, 2022

**The Honorable William D. Keller**

**United States District Court**

**Central District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER GRANTING STIPULATION OF DISMISSAL   Case No. 2:19-cv-07895-WDK-JC PAGE 2**

# PROOF OF SERVICE

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 29, 2022, I caused to serve the following document entitled:

**[Proposed] ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JESUS FARIAS VALENCIA AND MAGALYS TAMALES AND MEXICAN GRILL, INC.**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

| | |
|---|---|
| Mr. Craig H. Missakian, Esquire<br>**LAW OFFICE OF CRAIG MISSAKIAN**<br>790 East Colorado Boulevard, 9th Floor<br>Pasadena, CA 91101 | (Attorneys for Defendants Jesus Farias Valencia and Magalys Tamales and Mexican Grill, Inc.) |

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 29, 2022, at South Pasadena, California.

Dated: August 29, 2022         */s/ Leticia Estrada*
                               **LETICIA ESTRADA**

///

///